AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Greenberg, Morton I | 2. Court or Organization<br><br>Circuit Court, Third Circuit | 3. Date of Report<br><br>03/19/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>219 United States Courthouse<br>402 East State Street<br>Trenton, New Jersey 08608 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | State of New Jersey Judicial Retirement System (1987) |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE 2007 MAR 26 A 10: 21 RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, Morton I | 03/19/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | Pension from State of New Jersey | $ 37,600.69 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, Morton I | 03/19/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. See note | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, Morton I | 03/19/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Life Ins. Washington Nat'l Ins. Co | A | Interest | K | W | See Note | | | | |
| 2. Life Ins. Pacific Mutual Life Ins. Co. | A | Interest | K | T | See Note | | | | |
| 3. Life Ins. New York Life Ins. Co. | A | Interest | K | T | See Note | | | | |
| 4. Life Ins. Nationwide Life Ins. Co. of Am. | A | Dividend | J | T | See Note | | | | |
| 5. IRA with Bank of America (CD) | C | Distribution | J | T | See Note | | | | |
| 6. Linwood Country Club | | None | J | W | | | | | |
| 7. Cinergy Corp. | A | Dividend | | | Merger | 5/24 | J | A | Duke Energy Corp. |
| 8. General Motors Corp. | A | Dividend | J | T | | | | | |
| 9. Edison International common stock | B | Dividend | K | T | | | | | |
| 10. Bank of America - Accounts | C | Interest | M | T | | | | | |
| 11. Money Market account with UBS Financial Services, Inc. | A | Dividend | J | T | See Note | | | | |
| 12. Franklin New Jersey Tax Free Income Fund | A | Interest | J | T | | | | | |
| 13. Bonds Belleville Twp. | A | Interest | K | T | | | | | |
| 14. Mt. Laurel Twp. Bonds | A | Interest | K | T | | | | | |
| 15. Pennsville Twp. Util. Bond | B | Interest | K | T | | | | | |
| 16. Manasquan Bd. of Ed. Bonds | A | Interest | | | redeemed | 1/15 | J | A | Issuing Agency |
| 17. Delaware River Port Authority Bonds | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, Morton I | 03/19/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Electronic Data Systems | A | Dividend | J | T | | | | | |
| 19. Delphi Automotive | A | Dividend | J | T | | | | | |
| 20. N.J. State Transit Corp. Bonds | A | Interest | | | redeemed | 8/1 | J | A | Issuing Agency |
| 21. Rutherford Bd. of Ed. | A | Interest | J | T | | | | | |
| 22. Wildwood City | A | Interest | J | T | | | | | |
| 23. Toms River Bd. of Ed. | A | Interest | J | T | See Note | | | | |
| 24. N.J. St. Eco. Dev. | A | Interest | J | T | | | | | |
| 25. Point Pleasant MBIA | A | Interest | J | T | | | | | |
| 26. Gloucester Twp. Board of Ed. | A | Interest | K | T | | | | | |
| 27. Dover Twp. Sch. Dist. X | A | Interest | J | T | | | | | |
| 28. Burlington County Bridge Commn. | A | Interest | J | T | | | | | |
| 29. N.J. Transit Tr. | A | Interest | | | redeemed | | J | A | Issuing Agency |
| 30. Sparta Twp. MBIA | A | Interest | K | T | Buy | 7/6 | K | | Bought through Broker |
| 31. Duke Energy Corporation X | A | Dividend | K | T | Merger | 5/24 | J | | See Note |
| 32. Egg Harbor Township X | A | Interest | J | T | Buy | 1/18 | J | | Bought through Broker |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, Morton I | 03/19/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date__*March 17, 2007*__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Greenberg, Morton I.

VIII.    ADDITIONAL INFORMATION or EXPLANATION

I have the following explanations and information for the report. Paragraph II relating to agreements indicates that I have a pension from the State of New Jersey. This is the same item listed as the pension in paragraph III relating to non-investment income. I am receiving a pension based on early retirement under the New Jersey Judicial Retirement System Act, as I had more than 25 years of public service in New Jersey with more than five years as a judge. In view of my more than 25 years of service, I am also entitled to medical coverage for myself ███████ without charge, which includes reimbursement for Medicare charges. This was handled through Horizon Blue Cross & Blue Shield in 2006, but I understand that the State pays the actual cost. The benefits also include life insurance and a pension for ██████ The amounts of the insurance and the pension will be based on the salary of a judge of the Appellate Division of the Superior Court as of the time of my death.

With respect to Item VI Liabilities at one point during 2006 I owed more than $10,000 on an American Express Card but I understand that this is not reportable as the amount owed did not exceed $10,000 at the end of the year.

I have shown the value of my life insurance policies, Item VII, lines 1, 2, and 3, because there is a cash surrender value for the policies. While I previously regarded them as not held for investment or the production of income but nevertheless voluntarily listed them, starting with the 2002 report I have reported the policies in accordance with the new instructions for the Financial Disclosure Report. I have taken the value codes from annual policy statements but note that I do not have information for line 1, Washington Nat'l Ins. Co., previously Bankers Nat'l, from the company for specific cash value. I thus have made my calculation based on my knowledge of the history of the policy. The item for Pacific Mutual at line 2 includes two policies combined. I also have reported a Nationwide Life Ins. Co. of Am. policy at Item VII, line 4, that was not regarded as held for investment or production of income but starting with the 2002 report has been shown as it has a policy value. In 2002 it was shown as Provident Mutual but because of a name change is now Nationwide Life. I have taken the income amounts from the IRS form 1099 where applicable.

I show income on Item VII, line 5, from an IRA which is invested in a certificate of deposit as Distribution. In fact an IRA distribution includes sources from the original deposits and accumulated earnings, in this case interest on a certificate of deposit which still is accruing.

I show Linwood Country Club stock at Item VII, line 6, which is not an investment property and produces no income. I probably do not have to show the Country Club stock as it was not held for income but I am voluntarily showing it.

I have not listed as an asset the value of my interest in the New Jersey Judicial Retirement System under paragraph VII, as it was listed under paragraph II and the income from it was listed under paragraph III.

In Item VII, line 7, I list Cinenergy Corp. and on Item VII, line 31, I list Duke Energy Corporation. What happened was that Cinenergy merged into Duke.

In Item VII, line 10, I list checking and money market accounts, and certificates of deposit with the Bank of America. I have aggregated the information for that bank for the various accounts.

In Item VII, line 23, I list Toms River Board of Education bonds. There was no change in this item from last year but I note that last year I valued it as K. J is correct now and would have been then.

In Item VII, line 11, the money market account previously with UBS PaineWebber now is with UBS Financial Services, Inc. It is the same account. There must have been a name change.